JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHERATON UNIVERSAL HOTEL, the d/b/a of SHEN ZHEN NEW WORLD II, LLC; *et al.*,<br><br>                    Defendants. | Case No.: 2:12-cv-3505-DMG (Ex)<br><br>**ORDER RE:  STIPULATION FOR DISMISSAL WITH PREJUDICE [38]** |

Pursuant to the parties' Stipulation, and good cause appearing, the Court hereby dismisses the above-captioned action with prejudice, subject to this Court's continuing jurisdiction as set forth in the Order Re: Consent Decree for Settlement of Injunctive Relief Portion of Plaintiff's Complaint [Doc. # 37].

**IT IS SO ORDERED.**

Dated:  July 18, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE